FILED

1  JEREMY L. FRIEDMAN, CA Bar No. 142659          2010 MAR 19  PM 4: 14
   Attorney At Law
2  2801 Sylhowe Road                              CLERK U. ___ ICT COURT
   Oakland, CA 94602                                CENTRAL DIST. OF CALIF.
3  Telephone: (510) 530-9060                              LOS ANGELES
   Facsimile: (510) 530-9087
4                                                  BY _____

   Attorney for plaintiff Denise Valois
5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                     WESTERN DIVISION

9
                              CV10-02030 BY FAX
10  Denise Valois,            ) Case No.  RGK (JCx)
                              )
11     Plaintiff,             )
                              )  COMPLAINT FOR DAMAGES
12  vs.                       )  (Employment discrimination, sexual
                              )  harassment, sexual battery)
13  SkyWest Airlines, a corporation; )
    Michael McKelvey, an individual, )
14                            )
       Defendants.            )  DEMAND FOR JURY TRIAL
15                            )
                              )
16  _____  )

17     Denise Valois alleges as follows:

18                     **INTRODUCTION**

19     1. This is an action for employment discrimination against SkyWest Airlines and

20  Captain Michael McKelvey alleging employment discrimination, sexual harassment and

21  sexual battery, in violation of California Fair Employment and Housing Act (FEHA),

22  California Government Code §12940 *et seq.*, and federal civil rights laws, Title VII of the

23  Federal Civil Rights Act of 1964, 42 U.S.C. §2000e-2 and state tort claims.  From

24  approximately March of 2005 until May of 2008, plaintiff was subjected to repeated

25  sexual harassment on the job by her commander, Captain McKelvey.  Rather than

26  preventing such harassment and/or remedying the problem once it was brought to

27  SkyWest Management's attention, the employer took sides with the perpetrator and failed

28  to take appropriate corrective and remedial efforts.

                     Plaintiff's Complaint – Page 1

1

## JURISDICTION

2       2. Jurisdiction for claims under the federal civil rights statutes is invoked pursuant

3   to 28 U.S.C. §1331. Pursuant 28 U.S.C. §1367, this Court has supplemental jurisdiction

4   over plaintiff's claims arising under FEHA and state law theories.

5       3. Venue in this district is proper under 28 U.S.C. §1391(b) because one

6   defendant resides in this judicial district, and a substantial part of the events or omissions

7   giving rise to the claim occurred in this district.

8

## PARTIES

9       4. Plaintiff Denise Valois is a woman who resides in this judicial district.  From

10  approximately June of 2004, and continuing to today, Ms. Valois has worked as a flight

11  attendant based out of Santa Barbara for SkyWest Airlines.

12      5. Defendant SkyWest Airlines, is a corporation headquartered in Oakland, doing

13  business throughout California.

14      6. Defendant Michael McKelvey is a male individual who resides in this judicial

15  district. During the relevant time period applicable to this complaint, defendant

16  McKelvey has worked as a Canadair Regional Jet Captain, as a commander and manager

17  on behalf of SkyWest Airlines based out of Santa Barbara.

18

## ADMINISTRATIVE PROCESS

19      7. On March 12, 2009, plaintiff filed a charge of sex discrimination and

20  harassment against her employer and Captain McKelvey with the  Equal Employment

21  Opportunity Commission ("EEOC") (Case No. 550-2009001214). Pursuant to a shared

22  agreement between EEOC and its parallel state agency, a charge of discrimination was

23  filed with the Department of Fair Employment and Education ("DFEH"). DFEH issued

24  a right to sue letter to plaintiff March 19, 2009, stating expressly that the one year filing

25  period was tolled during the EEOC investigation. On December 24, 2009, EEOC

26  notified plaintiff that it was terminating its investigation because more than 180 days had

27  passed since the filing of the charge, giving plaintiff the right to initiate this lawsuit.

28  Plaintiff received this notice a few days after it was mailed.

Plaintiff's Complaint – Page 2

**GENERAL ALLEGATIONS**

8. As part of plaintiff's job responsibilities, she is required to be in close contact with her co-workers on the job involving travel to locations away from Santa Barbara. While away from her home base, plaintiff is required to stay overnight at hotels with other persons employed by SkyWest. Such travel frequently involved staying at hotels with the captain and crew assigned to plaintiff's flights, including Captain McKelvey.

9. During the relevant time period, when assigned to fly with Captain McKelvey, the individual defendant was captain in command with direct supervisory authority and management responsibility for SkyWest employees connected to the flight, including plaintiff and the other flight attendants.

10. From approximately March of 2005 until on or about May 16, 2008, plaintiff was subjected to repeated sexual harassment by Captain McKelvey. This harassment included sexual assault and battery, unwanted physical contact, unwanted sexual propositions, unlawful quid pro quo demands, and lewd and offensive sexually explicit comments. These have frequently occurred during overnight lodging at hotels provided by defendant SkyWest. Such conduct by plaintiff's supervisor was so pervasive and so intertwined with McKelvey's position at the employer as to cause severe emotional distress and psychological damage in connection with plaintiff's employment.

11. One particularly egregious incident occurred on or about May 16, 2008, when Captain McKelvey sexually assaulted and battered plaintiff in a hotel room provided by SkyWest. In that incident, McKelvey made direct sexual and physical contact with plaintiff against her will.

12. Soon after the May incident in plaintiff's hotel room, on or about May 19, 2008, plaintiff complained to my employer about the ongoing sexual harassment by Captain McKelvey. Despite representations to plaintiff that it would fairly and thoroughly investigate her complaint, the Human Resources department failed to conduct a reasonable investigation. SkyWest also failed to enforce the employer's own stated policies concerning sexual contact between the Captain and flight attendants, failed to

Plaintiff's Complaint – Page 3

1 │ take appropriate remedial actions or steps in light of the information of plaintiff's

2 │ complaint, failed to take reasonable efforts to prevent such incidents from occurring or

3 │ recurring, and purposefully ignored evidence and information regarding SkyWest's own

4 │ liability for the sexual harassment and sexual battery.

5 │      13. On or about August 4, 2008, SkyWest informed plaintiff that the employer

6 │ had sided with Captain McKelvey with respect to her complaint.  Although Captain

7 │ McKelvey had falsely denied that any sexual contact had occurred, SkyWest told plaintiff

8 │ that she had consented to the unlawful sexual conduct described in her complaint.

9 │      14. Defendants' conduct as described herein was done with discriminatory intent,

10 │ based on the fact that plaintiff is woman.

11 │      15. As a direct and proximate result of defendants' actions as alleged herein,

12 │ plaintiff has suffered severe emotional distress and psychological damages.

13 │      16. As a further proximate result of Kaiser's unlawful actions, plaintiff has

14 │ suffered emotional pain, humiliation, mental anguish, and emotional distress.

15 │      17. As a direct and proximate result of defendants' actions as alleged herein,

16 │ defendants breached their duties imposed on all employers as established by statute.

17 │      18. As a direct and proximate result of defendants' conduct, plaintiff has suffered

18 │ and will continue to suffer lost wages and other benefits of employment, in an amount to

19 │ be proven at trial.

20 │      19. The conduct of defendants and the managers and supervisors of SkyWest as

21 │ alleged above, was despicable, deliberate, wilful and malicious.  Defendant's

22 │ discriminatory actions and pattern and practice of discrimination are known to SkyWest

23 │ officers, directors and managing agents, who despite such knowledge permitted the

24 │ actions to continue, constituting extreme and outrageous conduct.  Further, the actions

25 │ described herein were carried out with reckless disregard to the truth and the rights of

26 │ plaintiff and other women, and were despicable actions taken without privilege or

27 │ justification.

28

Plaintiff's Complaint – Page 4

**CLAIM ONE**
(Title VII)

20. Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 19 of this complaint, as though fully set forth herein.

21. Defendant SkyWest is an entity subject to suit under the Title VII and the Civil Rights Act as an employer, 42 U.S.C. §2000e-2 *et seq.* Defendant McKelvey is an individual subject to suit for sexual harassment under the same laws.

22. Plaintiff is a qualified individual and a member of a protected class.

23. Sexual harassment, discrimination, assault and battery all resulted from the actions and omissions of the defendants on account of sex and gender as set forth herein. These acts were done with discriminatory motive, in violation of public policy.

**CLAIM TWO**
(FEHA, Cal. Government Code 12940, *et seq.*)

24. Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 23 of this complaint, as though fully set forth herein.

25. Defendant SkyWest is an entity subject to suit under the Fair Employment and Housing Act (FEHA) in that defendant regularly employees five or more persons, pursuant to Cal. Govt. Code 12926(d). Defendant McKelvey is an individual subject to suit for sexual harassment under the same laws.

26. Plaintiff is a member of a protected class as set forth in the statute.

27. The harms alleged here occurred within this jurisdiction and the amount in controversy, exceeds the minimum jurisdictional amount required by this Court.

28. The discriminatory treatment of plaintiff's employment and retaliatory actions, as set forth herein, were done with discriminatory motive, in violation of public policy and was based on the fact that plaintiff is a woman.

**CLAIM THREE**
(Sexual assault and battery)

29. Plaintiff realleges and incorporates herein the allegations of paragraphs 1 through 28 of this complaint, as though fully set forth herein.

Plaintiff's Complaint – Page 5

1    30.  Defendant McKelvey committed sexual assault and battery upon plaintiff,

2  including unwanted sexual physical contact, with repeated and continuing conduct up to

3  and including the incident in May 2009.  At all relevant times, defendant McKelvey was

4  a principal or manager of SkyWest, and he took the actions contained herein pursuant to

5  his employment with SkyWest.

6    28.  SkyWest caused the conduct that occurred, ratified it and is responsible for the

7  injuries caused by reason of McKelvey's position with the company as well as its own

8  failures to prevent and remedy the injury against plaintiff.

9                          **PRAYER FOR RELIEF**

10    Wherefore, plaintiff prays for judgement against defendants as follows:

11    1. For general and special damages, in an amount to be determined at trial;

12    2. For back pay, pay differential, wages and loss of other benefits due as a result of

13  defendants' wrongful conduct, in an amount to be determined at trial;

14    3. For statutory interest on any economic loss;

15    4. For damages of pain and suffering and emotional distress, in an amount to be

16  determined at trial;

17    5. For exemplary and punitive damages in an amount to be determined at trial;

18    6. For reasonable attorney fees and costs of suit; and

19    7. For other such relief as the Court may deem just and proper.

20  Dated: March 19, 2010                   Respectfully submitted,

21

22                                  /s/Jeremy L. Friedman
                                    Jeremy L. Friedman
23                                  Attorney for plaintiff Denise Valois

24

25

26

27

28

                        Plaintiff's Complaint – Page 6

Name & Address:
Jeremy L. Friedman, CA Bar No. 142659
Attorney at Law
2801 Sylhowe Road
Oakland, CA 94602
Tel: 510 530 9060; Fax: 510 530 9087

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Denise Valois | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10-02030 RGK (JCx) |
| v. | |
| SkyWest Airlines, a corporation, Michael McKelvey, an individual | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): SkyWest Airlines and Michael McKelvey

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Jeremy L. Friedman_____, whose address is _2801 Sylhowe Road, Oakland, CA 94602_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: March 19, 2010 _____

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                      SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| Denise Valois | SkyWest Airlines, Michael McKelvey |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Jeremy L. Friedman, Attorney at Law, CA Bar No. 142659<br>2801 Sylhowe Road, Oakland, CA 94602<br>Oakland, CA 94602 | |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**BY FAX**

### III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

### V. REQUESTED IN COMPLAINT:  JURY DEMAND: ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☑ No          ☐ MONEY DEMANDED IN COMPLAINT: $

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☑ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

FOR OFFICE USE ONLY:   Case Number: **CV10-02030**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara (defendant McKelvey) | Utah (SkyWest Airlines) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara (employment actions) | Montana (some sexual battery actions) |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):                                    Date  March 19, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |