Phyllis Kupferstein, Bar No. 105898
Scott O. Luskin, Bar No. 238082
PAYNE & FEARS LLP
Attorneys at Law
801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone:  (213) 439-9911
Facsimile:   (213) 439-9922
pk@paynefears.com
sol@paynefears.com

Patricia Stambelos, Esq., Bar No. 166998
SkyWest Airlines
444 South River Road
St. George, UT 84790
Telephone:  (818) 584-0011
Facsimile:   (805) 277-3598
patricia.stambelos@skywest.com

Attorneys for Defendant
SkyWest Airlines

Jeremy L. Friedman, Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone:  (510) 530-9060
Facsimile:   (510) 530-9087
jlfried@comcast.net

Attorney for Plaintiff Denise Valois

Alex W. Craigie, Bar. No. 167766
John L. Viola, Bar No. 131407
Dykema Gossett, LLP
333 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
acraigie@dykema.com
jviola@dykema.com

Attorneys for Defendant Michael McKelvev

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Denise Valois,<br><br>  Plaintiff,<br><br>  v.<br><br>SkyWest Airlines, *et al.,*<br><br>  Defendants. | CASE NO. CV10-02030-RGK (JCx)<br><br>Before the Hon. R. Gary Klausner<br><br>**JOINT WITNESS LIST**<br><br>Pre-Trial Conf.:  July 25, 2011<br>Time:                  9:00 a.m .<br>Courtroom:       850<br><br>Trial Date:          August 9, 2011<br>Time:                  9:00 a.m.<br>Courtroom:       850 |

////

The parties anticipate calling the following non-rebuttal witnesses at the trial of this matter:

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 1. | Allen, Ryan | SkyWest pilot/first officer. Flew with McKelvey and Valois during the first alleged incident in early 2005. Also flew with them in January 2005, May 2005, May 2006, October 2006, and March 2007. Witnessed Plaintiff's conduct toward McKelvey. Provided a witness statement during investigation. | D | 1.5 hours |
| 2. | Anderson, Lauralee | SkyWest West Coast Regional Chief Flight Attendant. Knowledgeable about SkyWest investigation of Plaintiff's complaint, flight attendant chain of command, and SkyWest policies and procedures. Handled specific complaints and requests by Plaintiff. | D | 1 hour |
| 3. | Battaglia, Deanne | Former friend of Ms. Valois who may be called to testify regarding specific conversations about emotional distress caused by McKelvey's conduct, as well as the content of McKelvey's text messages. | P | 0.5 hour |
| 4. | Brace, Nicole* | SkyWest flight attendant with knowledge about McKelvey's conduct in the workplace. | P | 0.5 hour |
| 5. | Butler, Justin | Plaintiff's son and most intimate confidante. Witness to unique statements by Plaintiff about McKelvey. Witness to conduct and issues relevant to damages. Had e-mail communications with Plaintiff about McKelvey. | D | 1.0 hours |
|  |  | Plaintiff's son. Will testify about conversations with plaintiff regarding defendants' conduct towards her and resulting emotional distress damages. | P | 1.0 hour |
| 6. | Butler, Kaelen | Plaintiff's daughter. Witness to unique statements by Plaintiff about McKelvey. Witness to conduct and issues relevant to damages. | D | 1.0 hours |

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|------|-------------------------------|-----|--------------------------|
|   |      | Plaintiff's daughter.  May testify about conversations with plaintiff regarding defendants' conduct towards her and resulting emotional distress damages. | P | 1.0 hour |
| 7. | Chandler, Kelly | Plaintiff's friend.  Witness to unique statements and conduct by Plaintiff about McKelvey.  Spoke to Plaintiff early in allegedly relationship with McKelvey, referred Plaintiff to life coach, and set Plaintiff up with other men. | D | .5 hours |
|   |   | Plaintiff's friend who will testify about problems caused by sexual contact with Defendant McKelvey and the changes in Plaintiff from before and after that contact. | P | 1 hour |
| 8. | Collins, Gretchen* | Plaintiff's friend.  Witness to unique statements and conduct by Plaintiff about McKelvey. | D | .5 hours |
|   |   | Friend of Ms. Valois' who may be called to testify regarding conversations she had with plaintiff about McKelvey's conduct and resulting emotional distress during the relevant time period. | P | 0.5 hour |
| 9. | Cruser, Bruce | SkyWest pilot and Plaintiff's friend.  Witness to unique statements and conduct by Plaintiff concerning McKelvey. | D | .5 hour |
| 10. | Cruser, Heather | SkyWest flight attendant and Plaintiff's friend.  Witness to unique statements and conduct by Plaintiff concerning McKelvey.  Specifically discussed Plaintiff's feelings about McKelvey after complaint as relates to both liability and damages. | D | .5 hour |
| 11. | Cunningham, Diane | Plaintiff's friend.  Witness to statements by Plaintiff about McKelvey, and knowledgeable regarding information relevant to Plaintiff's damages.  Also had unique email exchange with Plaintiff regarding the same. | D | 1 hour |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CA 90017
(213) 439-9911

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 12. | DeNunzio, Jennifer* | Former neighbor of Ms. Valois who may be called to testify regarding specific conversations she had with Plaintiff about harassment by McKelvey and Plaintiff's decision to report her complaint to SkyWest. | P | 0.5 hour |
| 13. | Dierenfield, Greg* | SkyWest Captain.  Witness to McKelvey's interaction with and conduct towards Plaintiff during her employment with SkyWest.  In addition, flew with Plaintiff and McKelvey in October 2006, February 2007, March 2007, and June 2007. | D | 1 hour |
| 14. | English, Cheryl* | Former friend of Ms. Valois who may be called to testify regarding conversations she had with Plaintiff about McKelvey's conduct during the relevant time period. | P | 0.5 hour |
| 15. | Faerstein, Saul, M.D. | Defendants' psychiatric expert. | D | 3 hours |
| 16. | Farrell-Hicks, Shannon | SkyWest flight attendant. Will testify about prior harassment complaints made against McKelvey (including her own in April 2003) and SkyWest's knowledge of, and responses to those complaints. | P | 1.5 hours |
| 17. | Faruki, Shahnawaz | SkyWest pilot.  Flew with McKelvey and Valois in June 2006, July 2006, October 2006, November 2006, September 2007, and October 2007.  Witnessed Plaintiff's unique conduct toward McKelvey.  Witnessed statements by Plaintiff about McKelvey.  Provided a witness statement during investigation. | D | .5 hours |
| 18. | Frontado, Kim* | Former friend of Ms. Valois who may be called to testify regarding conversations she had with plaintiff about McKelvey's sexual contact during the relevant time period. | P | 0.5 hour |
| 19. | Germyn, Stephanie* | SkyWest flight Attendant with knowledge about McKelvey's conduct in the workplace. | P | 0.5 hour |
| 20. | Gilliam, Jane* | SkyWest flight attendant with knowledge about McKelvey's conduct in the workplace. | P | 0.5 hour |

3

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 21. | Good, Matt | SkyWest pilot. Flew with McKelvey and Valois in October 2007, March 2008, April 2008, and May 2008. Was the First Officer at the time of the alleged incident that led to Plaintiff's complaint. Witnessed Plaintiff's unique conduct toward McKelvey. Witnessed statements by Plaintiff about McKelvey. Provided a witness statement during the investigation. | D | .5 hours |
| 22. | Harrison, Tom | SkyWest pilot. Can discuss McKelvey's statements about Plaintiff. Provided witness statement during investigation. | D | .5 hours |
| 23. | Healey, Kelly | Former SkyWest Manager of Employee Relations. Lead investigator of Plaintiff's complaint, and knowledgeable regarding SkyWest policies and procedures. | D | 2.5 hours |
| 24. | Hoetker, Anthony* | Knowledgeable regarding investigation and resolution of Plaintiff's internal complaint and SkyWest policies and procedures. Participated in specific portions of investigation, including witness interviews. | D | 1.5 hours |
| 25. | Ierardi, Michelle | SkyWest flight attendant and Plaintiff's friend. Witness to unique statements and conduct by Plaintiff concerning McKelvey. Significant email correspondence with Plaintiff about McKelvey. | D | 1.5 hours |
|  |  | SkyWest flight attendant, will testify about McKelvey's conduct in the workplace, his sexually offensive remarks about Valois, and SkyWest's knowledge of those remarks. | P | 1 hour |
| 26. | Johansen, Julie* | Former SkyWest flight attendant who may testify as to McKelvey's interaction with female SkyWest employees under his command. | P | 0.5 hour |
| 27. | Kintz, Brooke | SkyWest pilot, flew with Plaintiff and McKelvey in September 2007. Witness to unique statements made by Plaintiff. Provided witness statement during investigation. | D | .5 hours |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES CA 90017
(213) 439-9911

4

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 28. | Laudise, Beckie Kearns | SkyWest flight attendant. Will testify about prior harassment complaints made against McKelvey (including her own in April 2007) and SkyWest's knowledge of, and responses to those complaints. | P | 1.5 hours |
| 29. | Lawrence, Ruth | Knowledgeable regarding investigation of Plaintiff's internal complaint, flight attendant chain of command, flight attendant pay and benefits and SkyWest policies and procedures. Attended Plaintiff's interviews regarding her complaint and corresponded with Plaintiff about the same. | D | 1.5 hours |
| 30. | MacFarlane, Tom | SkyWest pilot and McKelvey's supervisor. Received complaints from McKelvey about Plaintiff. Made a statement during investigation of Plaintiff's complaint. | D | 2 hours |
| 31. | Madsen, Casey | Oversaw investigation and resolution of Plaintiff's internal complaint. Knowledgeable about SkyWest policies and procedures. | D | 1 hour |
| 32. | McKelvey, Lana | Defendant's wife. Knowledge concerning McKelvey's state of mind regarding Plaintiff. | D | 1 hour |
| 33. | McKelvey, Mike | Defendant and pilot accused of sexual harassment in this action. | D | 4 hours |
| 34. | Norwood, Jean | SkyWest chief flight attendant. Knowledgeable regarding resolution of Plaintiff's internal complaint, flight attendant chain of command and SkyWest policies and procedures. Participant in e-mails regarding the same. | D | 1.5 hours |
| 35. | Novak, Robert | Former SkyWest Chief Pilot. Participated in investigation and resolution of Plaintiff's internal complaint, and knowledgeable regarding SkyWest policies and procedures for Flight Operations. | D | 2.0 hours |
| 36. | Oyler, Jay | SkyWest technical support. Knowledgeable about Plaintiff's manipulation of her schedule to fly with McKelvey, flight bidding, pilot assignments, and flight attendant assignments. | D | 1.25 hours |

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 37. | Palmieri, Lori | SkyWest Flight Attendant. Will testify about prior harassment complaints made against McKelvey (including her own September 11, 2001), SkyWest's knowledge of, and responses to those complaints, and SkyWest's efforts to prevent Valois from learning facts of her own complaint. | P | 1.5 hours |
| 38. | Phillips, Paul | SkyWest pilot. Flew with McKelvey and Valois. Witnessed Plaintiff's unique conduct toward McKelvey. Witnessed statements by Plaintiff about McKelvey. | D | 1 hour |
| 39. | Reading, Anthony, PhD | Retained Licensed Psychologist. Will testify on issues related to the sexual harassment by Defendant Michael McKelvey and the nature and extent of plaintiff's emotional distress and psychological damages. | P | 2.5 hours |
| 40. | Rechel, Michael | SkyWest pilot. Flew with McKelvey and Valois in August 2007 and September 2007. Witnessed Plaintiff's unique conduct toward McKelvey. Witnessed statements by Plaintiff about McKelvey. | D | 1.0 hour |
| 41. | Robbins, Carla* | Former friend of Ms. Valois who may be called to testify regarding conversations she had with Plaintiff about McKelvey's sexual contact during the relevant time period. | P | 0.5 hour |
| 42. | Slaugh, Janene* | Knowledgeable regarding workers' compensation claims against SkyWest and leaves of absence taken by Plaintiff. Testimony relates to Plaintiff's alleged damages. | D | .5 hours |
| 43. | Slutzky, Caleb | SkyWest pilot. Flew with McKelvey and Valois in January 2007, May 2007, and June 2007. Witnessed Plaintiff's unique conduct toward McKelvey. Witnessed statements by Plaintiff about McKelvey. Provided a witness statement during the investigation. | D | .5 hours |
| 44. | Soldera, Carolina | Friend of Valois'. Knowledgeable regarding conversations with Plaintiff about McKelvey's conduct towards her and resulting distress damages. | D | .5 hours |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES CA 90017
(213) 439-9911

6

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|------|-------------------------------|-----|-------------------------|
|   |      | Friend of plaintiff's may testify about conversations with Plaintiff regarding Defendants' conduct towards her and resulting emotional distress damages. | P | 0.5 hour |
| 45. | Swim, Suzanne | SkyWest pilot. Flew with McKelvey and Valois in September 2007, October 2007, and December 2007. Witnessed Plaintiff's unique conduct toward McKelvey. Witnessed statements by Plaintiff about McKelvey. Witnessed Plaintiff's behavior. Provided a statement during investigation. | D | .5 hours |
| 46. | Thorpe, Shawnalyn | SkyWest flight attendant and Plaintiff's friend. Witness to unique statements by Plaintiff about McKelvey, especially during vacation to Las Vegas. | D | 1 hour |
| 47. | Valois, Denise | Plaintiff. Knowledgeable regarding facts and circumstances of her employment with SkyWest, and damages results from Defendant's alleged conduct. | D | 4 hours |
|   |   | Plaintiff. Will testify about the all facts and circumstances of her employment and damages resulting from Defendants' conduct. | P | 3 hours |
| 48. | Veuger, Pete* | Former SkyWest Captain. Witness to McKelvey's interaction with female SkyWest employees while under his command. | D | 1 hour |
| 49. | Vincent, Kim | Plaintiff's life coach. Knowledgeable about Plaintiff's statements about McKelvey, Plaintiff, pre-existing conditions, diagnosis, and treatment. | D | 1.5 hours |
|   |   | Plaintiff's life-coach in 2005 and 2006. Will confirm that plaintiff discussed sexual contact with Defendant McKelvey and the emotional problems created by that contact. | P | 1 hour |
| 50. | Waddel, Hallie* | SkyWest Flight Attendant with knowledge about McKelvey's conduct in the workplace. | P | 0.5 hour |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES, CA 90017
(213) 439-9911

7

| # | Name | Summary of Expected Testimony | P/D | Time Estimate w/o Cross |
|---|---|---|---|---|
| 51. | Watson, Mike | SkyWest pilot. Witness to Plaintiff's conduct, and knowledgeable regarding Plaintiff's claims against McKelvey and McKelvey's defenses. | D | 1 hour |
| 52. | Weinberg, Beth | Plaintiff's psychotherapist. Knowledgeable about Plaintiff's statements about Plaintiff, McKelvey, pre-existing conditions, diagnosis and treatment. | D | 1.5 hours |
| | | Plaintiff's therapist who will testify about Plaintiff's emotional distress damages caused by the alleged conduct of Defendants McKelvey and SkyWest. | P | 2 hours |
| 53. | Wolford, Sonya | SkyWest Vice President of InFlight Operations, with oversight of all flight attendants. Knowledgeable regarding SkyWest chain of command, resolution of Plaintiff's internal complaint, and SkyWest policies and procedures. | D | 1.5 hours |
| 54. | Wolfram, Michael | Retained expert on standards of care for workplace investigations, will testify on issues related to SkyWest's employment policies and practices and SkyWest's investigation into plaintiff's claim of sexual harassment by defendant McKelvey. | P | 2.5 hours |
| 55. | SkyWest PMK Manager | SkyWest manager with most knowledge about company's financial earnings and profits. | P | 0.5 hour |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8

1  The parties expressly reserve the right to call any witness listed by any other
2  party during its case-in-chief or after notice that any party no longer intends to call
3  the witness at trial.  Further, the parties expressly reserve the right to call rebuttal
4  and impeachment witnesses.

Dated:   July 5, 2011              PAYNE & FEARS LLP

By:      /s/ Scott O. Luskin //
   PHYLLIS KUPFERSTEIN
   SCOTT O. LUSKIN
Attorneys for Defendant
SkyWest Airlines

Dated:   July 5, 2011              DYKEMA GOSSETT LLP

By:      /s/ Alex Craigie //
   ALEX CRAIGIE
Attorneys for Defendant
Mike McKelvey

Dated:   July 5, 2011              By:   /s/ Jeremy L. Friedman //
   JEREMY L. FRIEDMAN
Attorneys for Plaintiff
DENISE VALOIS

4836-5194-1129.9

PAYNE & FEARS LLP
ATTORNEYS AT LAW
801 S. FIGUEROA STREET, SUITE 1150
LOS ANGELES CA  90017
(213) 439-9911

9