Jeremy L. Friedman, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
jlfried@comcast.net

Attorney for plaintiff Denise Valois

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Denise Valois,<br><br>   Plaintiff,<br><br>vs.<br><br>SkyWest Airlines, a corporation;<br>Michael McKelvey, an individual,<br><br>   Defendants. | Case No. CV10-2030 RGK [JC]<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE PLAINTIFF'S EXHIBIT A UNDER SEAL |

Plaintiff's unopposed application for leave to file under seal Exhibit A in opposition to SkyWest's Motion for summary judgment motion came before this Court. Upon consideration of the application and docket in this case, and for good cause showing, the Court orders that plaintiff's application is granted. Plaintiff's Exhibit A shall be filed under seal.

IT IS SO ORDERED.

Dated: 06-30, 2011

**DENIED**

_____
Hon. R. Gary Klausner
United States District Court Judge