UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-02030-RGK (JCx) | Date | July 25, 2011 |
|---|---|---|---|
| Title | DENISE VALOIS v. SKYWEST AIRLINES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Nichole Rhynard | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Friedman | Alex Craigie |
| | Phyllis Kupferstein |
| | Patricia Stambelos |

**Proceedings:**      **PRETRIAL CONFERENCE**

Case called. Court and counsel confer.

Court informs the parties that it intends to impose time limits of 5 hours per side. Court and counsel confer re trial procedures, trial hours, voir dire, and jury selection.

An estimated 2-3 day Jury Trial remains on calendar for August 9, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

|  | : | 25 |
|---|---|---|
| Initials of Preparer | slw | |