**DYKEMA GOSSETT LLP**
ALEX W. CRAIGIE, SBN: 167766
acraigie@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant
MICHAEL MCKELVEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE VALOIS,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES, a corporation;<br>MICHAEL MCKELVEY, an individual,<br><br>Defendants. | Case No. CV10-02030 RGK (JCx)<br><br>**DEFENDANT MCKELVEY'S REPLY TO OPPOSITION TO MOTION IN LIMINE NO. 12 TO PRECLUDE EVIDENCE OF (1) MCKELVEY'S LITIGATION HISTORY, AND (2) RECORDS OF PENAL AND VEHICLE CODE VIOLATIONS**<br><br>Trial Date: August 9, 2011<br>Time: 9:00<br>Place: Courtroom 850 |

Defendant Michael McKelvey ("McKelvey") submits this reply to Plaintiff's opposition to Plaintiff's opposition to McKelvey's motion in limine no. 12 to preclude evidence of or reference, at any time in the jury's presence, to (1) any lawsuits to which McKelvey has been a party and (2) any prior convictions for violations of the penal and/or vehicle code.

## I.  INTRODUCTION

Valois does not oppose McKelvey's motion in limine with respect to McKelvey's litigation history or his records of penal and vehicle code violations,

with the exception of McKelvey's alleged prior convictions for "drag racing." Therefore, this reply addresses only Valois' intent to introduce evidence of McKelvey's prior convictions for drag racing.

## II. ARGUMENT.

### A. Evidence or Prior Convictions For Drag Racing is Not Probative of Whether McKelvey Sexually Harassed, Assaulted or Battered Plaintiff.

Plaintiff concedes that evidence of McKelvey's alleged prior convictions for drag racing tends only to prove that McKelvey likes to drive fast and that he once sped alongside Lori Palmieri on the freeway. (Plaintiff's Opp., p:2:5-11). But McKelvey is not defending a claim against Ms. Palmieri, nor is he on trial for drag racing or speeding. The opposition does not claim that such evidence is relevant to proving that McKelvey sexually harassed, assaulted, or battered Valois.

Further, because evidence of prior penal and/or vehicle code violations is evidence of "other wrongs or acts," it is inadmissible under Fed.R.Evid. 404(b) ("Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith."). Here, evidence that McKelvey was convicted of drag racing would not be admissible if offered in a lawsuit against McKelvey arising out of his drag racing. It certainly is not admissible here, where it is evidence of an offense that does not even remotely relate to allegations of sexual harassment. Thus, it is character evidence that is not subject to any exception under Fed.R.Evid. 404(b).

It is also unfairly prejudicial. "Prejudice is 'unfair' when it will excite a jury to make a decision on the basis of a factor unrelated to the issues properly before it."

*Glover v. Oppleman*, 178 F.Supp.2d 622, 632 (W.D Va. 2001). The risk to McKelvey here arises from the danger that jurors will conclude he is a "bad guy" based on his prior convictions for drag racing, rather than considering the evidence regarding whether he assaulted, battered or harassed Valois.

## III. CONCLUSION

Because Valois did not oppose the motion in limine with respect to McKelvey's litigation history and record of penal and vehicle code violations, with the exception of alleged convictions for drag racing, and because the alleged prior convictions are irrelevant, inadmissible character evidence, McKelvey respectfully requests the Court issue an *in limine* ruling precluding evidence of, or reference to (1) any prior lawsuit to which McKelvey was a party that did not involve allegations of sexual harassment; and (2) any prior convictions for violations of the penal and vehicle code.

Dated: August 1, 2011        DYKEMA GOSSETT LLP

By: *Alex W. Craigie*
John L. Viola
Alex W. Craigie
Attorneys for Defendant
MICHAEL MCKELVEY

# PROOF OF SERVICE

*Denise Valois. v. SkyWest Airlines; Michael McKelvey*
USDC Central District of California, Case No. CV10-02030 RGK (JCx)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On August 1, 2011, I served the foregoing document described as Defendant McKelvey's Reply to Opposition to Motion in Limine No. 12 to Preclude Evidence of (1) McKelvey's Litigation History, and (2) Records of Penal and Vehicle Code Violations on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Patricia Stambelos, Esq.**<br>SKYWEST AIRLINES<br>444 South River Road<br>St. George, UT 84790<br>Telephone: (818) 584-0011<br>Facsimile: (805) 277-3598<br>Patricia.stambelos@skywest.com | *Associate Counsel for Defendant*<br>*SKYWEST AIRLINES* |
| **Scott Luskin, Esq.**<br>PAYNE & FEARS, LLP<br>801 S. Figueroa Street, Suite 1150<br>Los Angeles, California 90017<br>Telephone: (213) 439-9911<br>Facsimile: (213) 439-9922<br>sol@paynefears.com | *Lead counsel for defendant*<br>*SKYWEST AIRLINES, INC.* |
| **Phyllis Kupperstein, Esq.**<br>PAYNE & FEARS, LLP<br>801 S. Figueroa Street, Suite 1150<br>Los Angeles, California 90017<br>Telephone: (213) 439-9911<br>Facsimile: (213) 439-9922<br>pk@paynefears.com | *Lead counsel for defendant*<br>*SKYWEST AIRLINES, INC.* |
| **Jeremy L. Friedman, Esq.**<br>Attorney at Law<br>2801 Sylhowe Road<br>Oakland, California 94602<br>Telephone: (510) 530-9060<br>Facsimile: (510) 530-9087<br>jlfried@comcast.net | *Lead counsel for plaintiff,*<br>*DENISE VALOIS* |

**BY MAIL**: I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above

4

REPLY IN SUPPORT OF MCKELVEY'S MOTION IN LIMINE NO. 12 TO PRECLUDE MCKELVEY'S LITIGATION HISTORY AND PENAL AND VEHICLE CODE VIOLATIONS

document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

☐ **(BY ELECTRONIC MAIL)** By consent of recipients listed on the attached service list, I caused the above-named document to be served via e-mail.

☒ **BY ELECTRONIC SERVICE**: By E-filing and transmission of the above-listed document on all parties via the CM/ECF system with the U.S. District Court, Central District of California.

☐ **BY FACSIMILE**: I caused the attached documents to be transmitted to the interested party in this action by faxing a true copy from facsimile telephone number (213) 457-1850. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

☐ **BY PERSONAL SERVICE**: I delivered such envelope by hand to the offices of the addressee.

☐ **BY OVERNIGHT COURIER**: Via Federal Express.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2011, at Los Angeles, California.

_____
Karen Votava

PAS01\215034.1
ID\AWC - 101360/0003