JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| DENISE VALOIS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-02030-RGK (JCx) |
| v. | |
| SKYWEST AIRLINES, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable R. GARY KLAUSNER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Denise Valois

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Skywest Airlines and Michael McKelvey

recover of the plaintiff(s) its costs of action, taxed in the sum of <u>to be determined.</u>

Clerk, U. S. District Court

Dated: October 7, 2011        By:   <u>S. Williams</u>
                                    Deputy Clerk

At: Los Angeles, California

cc:    Counsel of record